PROB 12C
(6/16)

Report Date: August 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Ray O'Neil                Case Number: 0980 2:20CR00045-SAB-1

Address of Offender:                Colville, Washington 99114

Name of Sentencing Judicial Officer: The Honorable John E. Steele, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 8, 2018

Original Offense:        Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846

Original Sentence:    Prison - 60 months              Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Patrick Cashman               Date Supervision Commenced: November 22, 2019

Defense Attorney:      Federal Defenders Office      Date Supervision Expires: November 21, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1:** The defendant shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: Mr. O'Neil is alleged to have left the judicial district without permission of the probation officer on July 21, 2020, a direct violation of standard condition number 1.<br><br>On November 25, 2019, Mr. O'Neil reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. O'Neil acknowledged he understood his obligation to the Court.<br><br>On July 21, 2020, per the Kootenai County Sheriff's Office (KCSO) report 20-29329, Mr. O'Neil was the driver of a vehicle that was stopped by a KCSO deputy in the District of Idaho with his significant other as the lone passenger in this vehicle. KCSO report 20-29329 ultimately indicated that a large sum of methamphetamine was located in the vehicle, and that Mr. O'Neil's significant other was charged and arrested for drug trafficking. Mr. O'Neil's significant other claimed sole ownership of the methamphetamine and stated Mr. |

Prob12C
**Re: O'Neil, Michael Ray**
**August 20, 2020**
**Page 2**

                O'Neil had no knowledge of the methamphetamine, and he was thus released from the scene. On July 23, 2020, Mr. O'Neil reported the law enforcement contact he had on July 21, 2020, and stated he was unaware that there was methamphetamine in the vehicle. Mr. O'Neil admitted to leaving the judicial district without permission, and apologized.

2       **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

        **Supporting Evidence**: Mr. O'Neil is alleged to have used methamphetamine on August 18, 2020.

        On November 25, 2019, Mr. O'Neil reported to the U.S. Probation Office for the purpose of an intake. It was at that time he was informed of all mandatory, standard, and special conditions of supervised release. Mr. O'Neil acknowledged he understood his obligation to the Court.

        On August 12, 2020, the undersigned met with Mr. O'Neil at his residence and a urinalysis was conducted. The urinalysis tested presumptive positive for methamphetamine. Mr. O'Neil denied any methamphetamine use and the sample was sent off for confirmation. On August 16, 2020, Mr. O'Neil sent the undersigned a text message admitting that he had indeed recently used methamphetamine and was sorry for not initially admitting to the use. On August 19, 2020, the undersigned spoke with Mr. O'Neil via telephone and the offender stated he last used methamphetamine on August 18, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   08/20/2020

                    s/Jonathan C. Bot

                    Jonathan C. Bot
                    U.S. Probation Officer

Prob12C
**Re: O'Neil, Michael Ray**
**August 20, 2020**
**Page 3**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*[Signature]*

Signature of Judicial Officer

8/21/2020

Date