PROB 12C
(6/16)

Report Date: January 27, 2021

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 27, 2021
SEAN F. McAVOY, CLERK

Name of Offender: Michael Ray O'Neil         Case Number: 0980 2:20CR00045-SAB-1

Address of Offender:                         Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable John E. Steele, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 8, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 22, 2021) | Prison - 65 days<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: January 22, 2021 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 21, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On January 26, 2021, it is alleged Mr. O'Neil violated the terms of his supervised release by committing the crimes of driving under the influence (DUI) and resisting arrest, a direct violation of mandatory condition number 1.<br><br>On January 25, 2021, the terms and conditions of Mr. O'Neil's supervised release relative to 2:20CR00045-SAB-1 were reviewed and he acknowledged an understanding of his obligations to the Court.<br><br>On January 26, 2021, at 7:29 a.m., per Spokane County Sheriff Office (SCSO) report 2021-10010786, a complainant reported he witnessed a vehicle slide off the roadway, and that the driver appeared to be intoxicated. A deputy with SCSO arrived on scene and the sole occupant in the vehicle was identified as Mr. O'Neil. The deputy observed two empty vodka bottles on the floorboard of the front passenger seat and noted an overwhelming smell of |

Prob12C
Re: O'Neil, Michael Ray
January 27, 2021
Page 2

alcohol emitting from Mr. O'Neil's person, and that he made a statement that he had "too much" to drink. Upon completion of a standardized field sobriety test, Mr. O'Neil was advised that he was under arrest for DUI, in which the arresting deputies noted Mr. O'Neil began tensing up his body and that he did not obey the deputies' commands, which led to a struggle and him being forced to the ground. The deputies were ultimately able to place Mr. O'Neil in handcuffs, in which one of the deputies requested medical attention and Mr. O'Neil was transported to MultiCare Valley Hospital in Spokane Valley, Washington, for his injuries. A search warrant to seize and subsequently test Mr. O'Neil's blood was signed, and it should be noted that a deputy overheard a registered nurse inform medical staff that Mr. O'Neil's blood alcohol concentration was .287. Mr. O'Neil was transported to the Spokane County Jail after being medically cleared by medical staff, and as of this writing he is being held on $500 bail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/27/2021
Date